| Page | Report Date | Agency | Complaint |
|---|---|---|---|
| 1 | 06/21/2002 | Wilmington PD | 02001859 |

| Reported Date and Time | | Occurred |
|---|---|---|
| FRI 06/21/2002 1107 | **Initial Crime Report** | FRI 06/21/2002 1030 thru FRI 06/21/2002 1107 |

**Location:**
3505 MILLER RD   Wilmington, DE 19802
CUMBERLAND FARMS PARKING LOT

**M.O. and Incident Overview:**
The listed defendant was known to have crack-cocaine on his possession from information from a C.I., D-1 was stopped and had on his possession crack-cocaine.

| Grid | Sector | County | Domestic Related | 4-F-14 Sent? | Gen Broadcast Sent? |
|---|---|---|---|---|---|
| 222-222 | | New Castle | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |

## Victim Information

| Victim Number | Name |
|---|---|
| 001 | |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Society/Public | | | | | |

| Address | Resident Status | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No | |

| Injuries | Description of Injuries |
|---|---|

## Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 001 | Defendant | | BURBAGE, KNOWLINGTON | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | Black | Non-Hispanic | 39 | 01/07/1963 | 5'04" | 150 | Light Brown | Brown |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Black | | | | | | Average | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Full Time | | Unarmed |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 1121 REED ST Wilmington, DE 19805 | (302) 575-0405 | | |

| Arrest Number | Arrest Type | Suspect's Clothing Description |
|---|---|---|
| 02002376 | On View | |

## Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | DE:16:4753:AA2A:F:B | Trafficking in Cocaine 5 Grams to 50 Grams |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Parking Lot/Garage | Adult Arrest 06/21/2002 | ☐Alcohol ☒Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | 3553 - Cocaine/Trafficking |

| Burglary Force Involved | Criminal Activity |
|---|---|
| ☐Yes ☐No | Possessing/Concealing |

| Drugs | Property Category | Quantity | Drug Measure | Drug Type | Date Seized |
|---|---|---|---|---|---|
| | Drugs/Narcotics | 15.9 | Gram | Crack Cocaine | |

Extended Description: ONE CLEAR SANDWICH BAG CONTAINING TWO CLEAR KNOTTED PLASTIC BAGS CONTAINING AN OFF WHITE CHUNKY SUBSTANCE.

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 002 | DE:16:4751:000A:F:C | Possession With Intent to Deliver a Narcotic Schedule II Controlled Substance |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Parking Lot/Garage | Adult Arrest 06/21/2002 | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | 3556 - Cocaine/Possession with Intent to Deliver |

| Burglary Force Involved | Criminal Activity |
|---|---|
| ☐Yes ☐No | Possessing/Concealing |

| Drugs | Property Category | Quantity | Drug Measure | Drug Type | Date Seized |
|---|---|---|---|---|---|
| | Drugs/Narcotics | 15.9 | Gram | Crack Cocaine | |

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 003 | DE:16:4755:00A5:F:F | Maintaining a Vehicle for Keeping Controlled Substances- |

| Location Type | Status | Involvement | General Offense |
|---|---|---|---|
| Parking Lot/Garage | Adult Arrest 06/21/2002 | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | 3553 - Cocaine/Trafficking |

| Burglary Force Involved | Criminal Activity |
|---|---|
| ☐Yes ☐No | Possessing/Concealing |

| Drugs | Property Category | Quantity | Drug Measure | Drug Type | Date Seized |
|---|---|---|---|---|---|
| | Drugs/Narcotics | 15.9 | Gram | Crack Cocaine | |

| Reporting Officer | Supervisor Approval |
|---|---|
| PTLM MYERS - 7243 2 | THOMAS MONAHAN OJWITHM Date 06/22/2002 0901 |

Case 1:04-cv-00133-SLR   Document 34-2   Filed 03/16/2005   Page 2 of 2

## Victim - Suspect/Defendant Relationships

| Victim - 001 | Suspect/Defendant - 001 | Victim Offender Relationship |
|---|---|---|
| Society/Public | BURBAGE, KNOWLINGTON | Victimless Crime |

### Investigative Narrative

On the above date and time 13a (Myers/Leary) received information from a pass proven reliable confidential informant that a drug transaction was going to take place at the Cumberland Farms parking lot between 1030 hours and 1130 hours this date. These officers were given the information that the suspect was going to be a black male driving a red Plymouth Voyager bearing Delaware registration PC47820, and is to be delivering a quarter ounce of crack-cocaine to another unknown black male in the parking lot of Cumberland Farms.

At 1030 hours this date these officers were parked across the street from the Cumberland Farms parking lot, awaiting a call from the confidential informant to advise these officers that the suspect was present. At this time 17a (Chorlton/Curry) were also present, at which point Ptlm.Chorlton was conducting surveillance on the parking lot, awaiting the described suspects vehicle. At 1107 hours this date, the C.I. informed these officers that the suspects vehicle was at the location, at which point Ptlm.Chorlton also confirmed same. At this time these officers entered the Cumberland Farms parking lot in a marked patrol unit, and observed a black male exiting the described red Plymouth Voyager. At this time the suspect (Burbage,Knowlington D.O.B 01-07-63) was approached by these officers and taken into custody and pat searched for officer safety by Ptlm.Myers. At this time Ptlm.Myers recovered a clear sandwich bag containing two clear knottedbags containing an off white chunky substance from the suspects groin area of his pants and $421.00 U.S.C from his front left pocket. D-1 was then advised that he was under arrest. When D-1 was asked what was in the bag, he stated a lot of crack. At this time D-1 and his vehicle was transported to Central without incident.

At Central the substance found on D-1 tested positive for crack-cocaine and had a preliminary weight of 15.9 grams, same was tagged and turned over to records division. The money on D-1 ($421.00 U.S.C) was seized and also turned over to records division. D-1 was then read his Miranda warnings and asked if he had any statements. At this time D-1 stated that he found the crack-cocaine, and stated that he knew he could sell it to somebody and that he was going to meet the person at the Cumberland Farms. D-1 had no further statements. At this time D-1 was booked on the above listed chargesand turned over to the turn-key. D-1's motor vehicle was towed by Tow Zone at Central, impound number 32980.

It should be noted that this incident occurred in the State Of Delaware, County Of New Castle. These officers are sworn members of the Wilmington Department of Police. These officers were acting in said capacity during this incident.

| Reporting Officer | Supervisor Approval |
|---|---|
| PTLM MYERS - 7243 2 | THOMAS MONAHAN OJWITHM Date 06/22/2002 0901 |

| Detective Notified | Referred To | | | | |
|---|---|---|---|---|---|
| Solvability Factors | ☐ Witness | ☐ M. O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
| | ☐ Suspect Located | ☐ Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Identified | **Has Follow Up** |