

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE

KNOWLINGTON O. BURBAGE,
        plaintiff.

vs,

CITY OF WILMINGTON, DELEWARE
        et,al

CASE NO. # 04-133-SLR



PLAINTIFF'S MOTION FOR
ADDITIONAL TIME

COMESNOW, The PLAINTIFF, KNOWLINGTON O, BURBAGE in a Pro-Se Fashion ask's and herby moves this Honorable Court for Additional Time, in which to finish Discovery and Pre-trial Motions in the above entitled and numbered cause, as grounds for this motion.

    Plaintiff's States, that he has still been experiencing bad recovery symptoms, such as ( a fourth time getting an enternal tissue and leg infection ), coming from the operation and no follow-up or rehabe enstilled for recovery, which still makes it very hard to sit and work of timely measures preparing this case. For at this time our medical staff here at F.C.I. ELKTON IS GOING THRU a very hard and disarraech level of medical sufficiency. And in addition, on FEBRUARY 14, 2005 the Plaintiff was put in for transfer due to, the true level of reduction otwards his custody status and also will be transfered and can be asked to packout at any time.

    WHEREFORE, Plaintiff states even with this uncontrolable situation the plaintiff Pray's and Respectfully request this Honorable Court Grant additional time in which to finish Discovery and Pre-traal motions.

DATE: *March 15, 2005*

RESPECTFULLY SUBMITTED
*Knowlington O. Burbage*
KNOWLINGTON O, BURBAGE
F.C.I. ELKTON
REG # 21524-051
P.O. BOX 10
LISBON, OHIO  44432

P.S. i.e.

      EMPHASIS ADDED: CITING HAINES V, KERNER 30. LEd,2d 652

the SUPREME COURT HELD THAT: under Pleading § 130 Pro-Se complaint holds allegations of a pro-se complaint to less stringent standards than formal pleadings drafted by lawyers.

SUBSCIRBED and SWORN to before this_____ day of_____.20____

               I am _____
                             NOTARY PUBLIC
              My Commision Exspires;_____.

"AUTHORIZED BY THE ACT OF JULY 27, 1955,
TO ADMINISTER OATHS (18 USC 4004)".

*A. newland, CSW*
CORRECTIONAL TREATMENT SPECIALIST

3/15/05
DATE

PROOF OF SERVICE

I, KNOWLINGTON O, BURBAGE, certify that on _March 15_____,
20_05_. I mailed a copy of this document and all attachments via first class mail
to the following parties at the addresses below;

CLERK OF COURTS
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE
844 NORTH KING ST.
LOCK BOX 18
WILMINGTON, DELEWARE 19801

ROSAMARIA TASSONE, ESQUIRE
ASSISTANT CITY SOLICITOR
CITY OF WILMINGTON LAW DEPARTMENT
800 N. FRENCH ST. 9TH FLOOR
WILMINGTON, DELEWARE 19801
I.D. #3546

PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above proof of service, all litigants who are currently
incarcerated should include the following statements wiht all documents to be filed
with court;

I certify that this document was given to officials on this date for
forwarding to the UNITED STATES DISTRICT COURT CLERK OF DISTRICT OF DELWARE,
and ROSAMARIA TASSONE, ESQ.     I futher certify under penalty of perjury that
the foregoing is true and correct.    TILE 28 U.S.C. §1746

RESPECTFULLY SUBMITTED THIS ___15th___ day of __March_____, 20_05_.

_[signature]_
KNOWLINGTON O, BURBAGE
F.C.I. ELKTON
REG #21524-051
P.O. BOX 10
LISBON, OHIO 44432

PLEADINGS BY PRISONERS WHO REPRESENT THEMSELVES ARE TO BE FILED AT THE
MOMENT SUCH PLEADINGS ARE DELIVERED TO PRISON AUTHORITIES FOR FORWORDING
TO CLERK ( HOUSTON V, LACK, 487 U.S. 266 ( 1988 ) ).