

JAMES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

**Law Department**
**(302) 576-2175**

March 21, 2005

The Honorable Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 31
Wilmington, DE 19801

    RE:    *Knowlington Burbage v. City of Wilmington, et al.*
            **C.A. No. 04-133 SLR**

Dear Judge Robinson:

    I am in receipt of Plaintiff's Motion for Additional Time. Please be advised that the City Defendants do not have any objection to Plaintiff's request. Presently, Defendants are awaiting Plaintiff's response to Interrogatories and Request for Production of Documents.

    I am available at the Court's convenience should it require anything further.

Respectfully submitted,

Rosamaria Tassone
Assistant City Solicitor

cc: Knowlington Burbage