IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KNOWLINGTON O. BURBAGE,    )
                                    )
      Plaintiff,          )
                                    )
  v.                              )  Civ. No. 04-133-SLR
                                    )
CITY OF WILMINGTON; MAYOR    )
JAMES BAKER; POLICE DEPARTMENT)
OF WILMINGTON, DELAWARE;     )
CHIEF MICHEAL SZCZERBA;      )
UNKNOWN SERGEANT; OFFICER    )
LEARY; and OFFICER MYERS,   )
                                    )
      Defendants.        )

O R D E R

At Wilmington this 29th day of March, 2005, having reviewed plaintiff's motion for extension of time (D.I. 35);

IT IS ORDERED that said motion is granted.

IT IS FURTHER ORDERED that:

1. **Discovery**. All discovery in this case shall be completed on or before **May 16, 2005**.

2. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **June 15, 2005**. Answering briefs and affidavits, if any, shall be filed on or before **July 15, 2005**. Reply briefs shall be filed on or before **July 29, 2005**.

                                        /s/ Sue L. Robinson
                                  United States District Judge