IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOWLINGTON O. BURBAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-133-SLR |
| | ) | |
| CITY OF WILMINGTON, MAYOR JAMES BAKER, POLICE DEPARTMENT OF WILMINGTON, DELAWARE, CHIEF MICHAEL SZCZERBA, UNKNOWN SERGEANT, OFFICER LEARY, OFFICER MYERS, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

IT IS HEREBY ORDERED this _____ day of _____, 2005, that Defendants City of Wilmington, Mayor James Baker, Wilmington Police Department, Chief Michael Szczerba and Officer Joseph Leary's Motion to Compel Plaintiff's Response to Defendants' First Set of Interrogatories and Request for Production of Documents is granted. It is further ordered that the discovery and case dispositive motion deadlines are hereby extended. An amended scheduling order will follow.

_____
J.