IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KNOWLINGTON O. BURBAGE,    )
    )
    Plaintiff,    )
    )
    v.    )    C.A. No. 04-133-SLR
    )
CITY OF WILMINGTON, MAYOR    )
JAMES BAKER, POLICE DEPARTMENT )
OF WILMINGTON, DELAWARE,    )
CHIEF MICHAEL SZCZERBA,    )
UNKNOWN SERGEANT,    )
OFFICER LEARY, OFFICER MYERS,    )
    )
    Defendants.    )

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esq., hereby certify that on this 16th day of May, 2005, I electronically

filed the Defendants' Motion to Compel Discovery Responses  with the Clerk of Court using

CM/ECF which will send notification of such filing(s) to the individual(s) noted below.  These

documents are available for viewing and downloading from CM/ECF.  I mailed a hard copy  by

United States Postal Service to the following:

Knowlington O. Burbage
Reg. #21524-051
F.C.I. Elkton
P.O. Box 10
Lisbon, OH 44415

/s/ Rosamaria Tassone, ( I.D. #3546)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801
Defendants, City of Wilmington, Mayor James Baker, Police
Department of Wilmington, Chief Michael Szczerba and

Officer Joseph Leary