JAMES M. BAKER
MAYOR

# City of Wilmington
## Delaware



LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

**Law Department**
(302) 576-2175

April 12, 2005

Knowlington O. Burbage
Reg. #21524-051
FCI Elkton
P.O. Box 10
Lisbon, OH 44415

        RE:    Knowlington Burbage v. City of Wilmington, et al.
               C.A. No. 04-133SLR

Dear Mr. Burbage:

    I write to inquire about the status of your responses to Defendants' First Request for Production of Documents and Defendants' First Set of Interrogatories. By my calculations, your responses to Defendants' discovery requests were due on March 16, 2005, and are now overdue. Please provide me with these discovery responses as soon as possible so I can avoid the need to file a motion to compel discovery with the Court.

                                                  Sincerely,

                                                  Rosamaria Tassone
                                                  Assistant City Solicitor