# City of Wilmington
## Delaware

JAMES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537



**Law Department**
**(302) 576-2175**

May 4, 2005

Knowlington O. Burbage
Reg. #21524-051
FCI Elkton
P.O. Box 10
Lisbon, OH 44415

      RE:    Knowlington Burbage v. City of Wilmington, et al.
             C.A. No. 04-133SLR

Dear Mr. Burbage:

      The Court granted your request for an extension in the above referenced matter and extended all of the deadlines in the case. Based on the new Scheduling Order issued by the Court, discovery cut-off in this matter is scheduled for May 16, 2005 with briefing to begin on June 15, 2005.

      As you are aware, Defendants submitted a set of Interrogatories and Request for Production for your response on February 16, 2005. Your response to Defendants' discovery was due on March 16, 2005. On April 11, 2005, after not receiving your response, I wrote you a letter to inquire about the status of your responses. To date, I have not received anything from you. Please be aware that the discovery request seeks relevant information which is necessary to properly litigate this matter. While I understand that it may be difficult for you to obtain documents to assist in your response to Defendants' discovery, please be aware that you are the one who brought suit against the Defendants and it is your responsibility to participate in the litigation of your case. Therefore, if I do not receive a response to Defendants' discovery by **Monday, May 9, 2005**, I will be filing a Motion to Compel Discovery with the Court on Tuesday, May 10, 2005.

Sincerely,

Rosamaria Tassone
Assistant City Solicitor