IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE

KNOWLINGTON O, BURBAGE,           )    C.A. No. 04-133-SLR
         plaintiff,               )
                                  )
         vs,                      )
                                  )
CITY OF WILMINGTON, DELEWARE      )
              et, al,             )
         defendant                )



---

NOTICE
FOR CHANGE OF ADDRESS

---

I, KNOWLINGTON O, BURBAGE give ( notice ) to the following
Parties such being   (CLERK OF COURTS
                     (THE HONORABLE JUDGE SUE L, ROBINSON
                     (ROSAMARIA TASSONE, ASSISTANT CITY SOLICTOR
for the change of address to;

   FAIRTON PRISON CAMP
   FAIRTON NEW, JERSEY
   P.O. BOX 420
   08320

Can you please, forward all material to me here at this address.

DATE: May 16, 2005

                                    THANK YOU
                                    KNOWLINGTON O. BURBAGE
                                    
                                    F.P.C. FAIRTON
                                    P.O. BOX 420
                                    FAIRTON, NEW JERSEY
                                    08320

PROOF OF SERVICE

I, KNOWLINGTON O, BURBAGE, certify that on _May 16, 205_.
20_05_ I mailed a copy of this document and all attachments via first class mail
to the following parties at the addresses below;

CLERK OF COURTS
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE
844 NORTH KING ST.
LOCK BOX 18
WILMINGTON, DELEWARE 19801

ROSAMARIA TASSONE, ESQUIRE
ASSISTANT CITY SOLICITOR
CITY OF WILMINGTON LAW DEPARTMENT
800 N. FRENCH ST. 9TH FLOOR
WILMINGTON, DELEWARE 19801
I.D. #3546

PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above proof of service, all litigants who are currently
incarcerated should include the following statements wiht all documents to be filed
with court;

I certify that this document was given to officials on this date for
forwarding to the UNITED STATES DISTRICT COURT CLERK OF DISTRICT OF DELWARE,
and ROSAMARIA TASSONE, ESQ.    I futher certify under penalty of perjury that
the foregoing is true and correct.    TILE 28 U.S.C. §1746

RESPECTFULLY SUBMITTED THIS __16 TH__ day of __May__, 20_05_

_(signature)_
KNOWLINGTON O, BURBAGE
F.P.C. FAIRTON
REG # 21524-051
P.O. BOX 420
FAIRTON, NEW JERSEY 08320

**PLEADINGS BY PRISONERS WHO REPRESENT THEMSELVES ARE TO BE FILEDAT THE
MOMENT SUCH PLEADINGS ARE DELIVERED TO PRISON AUTHORITIES FOR FORWORDING
TO CLERK ( HOUSTON V, LACK 487 U.S. 266 ( 1988 ) ).**

DATE: *May 16, 2005*

P.S. i.e.

    EMPHASIS ADDED: CITING HAINES V, KERNER 30. LEd,2d 652 the SUPREME COURT HELD THAT: under Pleading § 130 Pro-Se complaint holds allegations of a pro-se complaint to less stringent standards than formal pleadings drafted by lawyers.

SUBSCIRBED and SWORN to before this_____ day of_____.20____

                I am _____
                              NOTARY PUBLIC
                My Commision Exspires;_____.

KNOWLINGTON O. BURABGE
REG # 21524-051
F.P.C. FAIRTON
P.O. BOX 420
FAIRTON, NEW JERSEY 08320

CLERK OF COURTS OF THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE
844 NORTH KING ST.
LOCKBOX 18
WILMINGTON, DELEWARE 19801