IN THE UNITED STATES DISTRICT COURT

FOR THE DISRICT OF DELEWARE

| | | |
|---|---|---|
| KNOWLINGTON O. BURBAGE<br>　　　　plaintiff, | ) | CASE, NO. 04-133-SLR |
| vs. | ) | |
| CITY OF WILMINGTON, DELEWARE<br>　　　　　　　et, al<br>　　　　defendant, | ) | FILED<br>MAY 2 5 2005<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

MOTION TO AMEND

　　　　COMES Now the plaintiff, KNOWLINGTON O. BURBAGE of being Pro-Se ask's this Honorable Court to Grant this Motion to Amend the Complaint as for grounds THEREOF;

1). On MARCH 02,2004, plaintiff, KNOWLINGTON O. BURBAGE filled a complaint, pursuant to ( TITLE 42 U.S.C.A. § 1983 ).

2)0 The complaint ( TITLE 42 U.S.C.A. §1983 ) was against the CITY OF WILMINGTON DELEWARE  et, al for the violation of his CIVIL / CONSTITUTIONAL RIGHTS GOVERNED by the UNITED STATES of AMERICA.

3). The plaintiff states that since he has no education / schooling in Law, and is not an advocate of the court, he overlooked certain important issues and facts, that are relevant to this / his case and complaint.

4). In observation of the complaint and case, the plaintiff notes, that this is based strongley on CONSTITUTIONAL VIOLATIONS, and ask's this HONORABLE COURT THAT HE MAY ADD / INCOPERATE the true core of the complaint, that will set out the Violation Committed.

WHEREFORE ; The plaintiff ask's and prays this HONORABLE COURT GRANT this Motion to Amend the Complaint, so, that the complaint can not only show cause, but demonstrate the constitutional violations that accured.

(1)

## PROOF OF SERVICE

I, KNOWLINGTON O, BURBAGE, certify that on _May 16, 205_____.
20_05_ I mailed a copy of this document and all attachments via first class mail
to the following parties at the addresses below;

CLERK OF COURTS
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE
844 NORTH KING ST.
LOCK BOX 18
WILMINGTON, DELEWARE 19801

ROSAMARIA TASSONE, ESQUIRE
ASSISTANT CITY SOLICITOR
CITY OF WILMINGTON LAW DEPARTMENT
800 N. FRENCH ST. 9TH FLOOR
WILMINGTON, DELEWARE 19801
I.D. #3546

### PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above proof of service, all litigants who are currently incarcerated should include the following statements wiht all documents to be filed with court;

I certify that this document was given to officials on this date for forwarding to the UNITED STATES DISTRICT COURT CLERK OF DISTRICT OF DELWARE, and ROSAMARIA TASSONE, ESQ.    I futher certify under penalty of perjury that the foregoing is true and correct.    TILE 28 U.S.C. §1746

RESPECTFULLY SUBMITTED THIS ___16 TH___ day of __May_____, 20_05_

_[signature]_
KNOWLINGTON O, BURBAGE
F.P.C. FAIRTON
REG # 21524-051
P.O. BOX 420
FAIRTON, NEW JERSEY 08320

**PLEADINGS BY PRISONERS WHO REPRESENT THEMSELVES ARE TO BE FILEDAT THE MOMENT SUCH PLEADINGS ARE DELIVERED TO PRISON AUTHORITIES FOR FORWORDING TO CLERK ( HOUSTON V, LACK 487 U.S. 266 ( 1988 ) ).**

DATE: *May 16, 2005*

P.S. i.e.

    EMPHASIS ADDED: CITING HAINES V, KERNER 30. LEd,2d 652 the SUPREME COURT HELD THAT: under Pleading § 130 Pro-Se complaint holds allegations of a pro-se complaint to less stringent standards than formal pleadings drafted by lawyers.

SUBSCIRBED and SWORN to before this _____ day of _____ .20____

                I am _____
                            NOTARY PUBLIC
                My Commision Exspires;_____.



CLERK OF COURTS OF THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE
844 NORTH KING ST.
LOCKBOX 18
WILMINGTON , DELEWARE 19801

KNOWLINGTON O, BURABGE
REG # 21524-051
F.P.C. FAIRTON
P.O. BOX 420
FAIRTON, NEW JERSEY 08320