IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

KNOWLINGTON O. BURBAGE,       )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civ. No. 04-133-SLR
                              )
CITY OF WILMINGTON; MAYOR     )
JAMES BAKER; POLICE DEPARTMENT)
OF WILMINGTON, DELAWARE;      )
CHIEF MICHEAL SZCZERBA;       )
UNKNOWN SERGEANT; OFFICER     )
LEARY; and OFFICER MYERS,     )
                              )
        Defendants.           )

O R D E R

At Wilmington this 13th day of September 2005, having considered the various motions filed by the parties;

IT IS ORDERED that:

1. Plaintiff's motion to amend his complaint is granted. (D.I. 40) Plaintiff shall file his amended complaint by **October 15, 2005.**

2. Defendants' motion to compel and plaintiff's motion for discovery are granted. (D.I. 38, 31) All discovery in this case shall be completed on or before **January 15, 2006.**

3. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **March 15, 2006.** Answering briefs and affidavits, if any, shall be filed on or before **May 1, 2006.**

Reply briefs shall be filed on or before **June 1, 2006.**

    4.   Plaintiff's motion to authorize the Federal Bureau of Prisons to allow him to make conference calls with opposing counsel is denied without prejudice to renew.  (D.I. 31)

                                          _____
                                              United States District Judge