**City of Wilmington Delaware**

JAMES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537



Law Department
(302) 576-2175

September 19, 2005

Knowlington O. Burbage
Reg. #21524-051
F.P.C. Fairton
P.O. Box 420
Fairton, NJ 08320

    RE:    Knowlington Burbage v. City of Wilmington, et al.
            C.A. No. 04-133SLR

Dear Mr. Burbage:

    In accordance with the Court's September 13, 2005 Order, kindly provide a response to Defendants outstanding discovery which was sent to you February 16, 2005. I have enclosed a copy of Defendants' First set of Interrogatories and Defendants' First Request for Production for your convenience. Please forward your responses and any applicable documents to me no later than **October 21, 2005**.

    As of this date, Defendants' have responded to all outstanding discovery you have requested. I have enclosed, for your convenience, another copy of Defendants' Response to Plaintiff's Motion for Discovery and Production of Tapes. Should you require anything further, please advise.

Sincerely,

Rosamaria Tassone
Assistant City Solicitor