IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOWLINGTON O. BURBAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-133-SLR |
| | ) |
| CITY OF WILMINGTON; MAYOR JAMES BAKER; POLICE DEPARTMENT OF WILMINGTON, DELAWARE; CHIEF MICHEAL SZCZERBA; UNKNOWN SERGEANT; OFFICER LEARY; and OFFICER MYERS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this _____ day of October, 2005, defendants having filed information within D.I. 43 that appears to be personal and may not be appropriate to share on the public docket;

IT IS ORDERED that, should a party want the personal information to be treated as confidential, the party shall immediately file with the court a motion to seal D.I. 43. This procedure is outlined in the "Notice Regarding Personal Information"[1] attached to this order.

                                                                              _____
                                                                              United States District Judge

---

[1] Visit this court's website for more information regarding privacy and the process for sealing documents at www.ded.uscourts.gov and click on the "CM/ECF" link to access "Standing Order and Administrative Procedures" (SEE Paragraph (I) Privacy).