## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOWLINGTON O. BURBAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-133-SLR |
| | ) | |
| CITY OF WILMINGTON, MAYOR | ) | |
| JAMES BAKER, POLICE DEPARTMENT | ) | |
| OF WILMINGTON, DELAWARE, | ) | |
| CHIEF MICHAEL SZCZERBA, | ) | |
| UNKNOWN SERGEANT, | ) | |
| OFFICER LEARY, OFFICER MYERS, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

IT IS HEREBY ORDERED that on this _____ day of _____, 2006, City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba and Officer Joseph Leary's Motion to Extend the Time Period for Filing a Motion for Summary Judgment and accompanying Brief in Support of the Motion for Summary Judgement is hereby GRANTED.

_____
J.