IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOWLINGTON O. BURBAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-133-SLR |
| | ) |
| CITY OF WILMINGTON, MAYOR | ) |
| JAMES BAKER, POLICE DEPARTMENT | ) |
| OF WILMINGTON, DELAWARE, | ) |
| CHIEF MICHAEL SZCZERBA, | ) |
| UNKNOWN SERGEANT, | ) |
| OFFICER LEARY, OFFICER MYERS, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esquire hereby certify that on this 13th day of March, 2006, I filed Defendants City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba and Officer Joseph Leary's Motion to Extend the Time Period in Which to File Motion for Summary Judgment and accompanying Brief in Support of the Motion for Summary Judgement with the Clerk of Court using CM/ECF which will send notification of such filing(s) and that this document is available for viewing and downloading from CM/ECF, I also served via U. S. Mail, postage pre-paid to the following:

    Knowlington O. Burbage
    #21524-051
    FCI Elkton
    P.O. Box 10
    Lisbon, OH 44432

    /s/ Rosamaria Tassone
    Rosamaria Tassone (I.D. #3546)
    Assistant City Solicitor
    Louis J. Redding City/County Bldg.
    800 N. French St., 9th Flr.
    Wilmington, DE 19801