IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KNOWLINGTON O. BURBAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-133-SLR |
| | ) | |
| CITY OF WILMINGTON, MAYOR JAMES BAKER, POLICE DEPARTMENT OF WILMINGTON, DELAWARE, CHIEF MICHAEL SZCZERBA, UNKNOWN SERGEANT, OFFICER LEARY, OFFICER MYERS, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING WITH THE CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

(1) Compendium to Defendants, City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba and Officer Joseph Leary's Opening Brief in Support of their Motion for Summary Judgment and Defendant Officer James Myers' Motion to Dismiss Pursuant to Fed. R. Civ. P. 4(m)

The original document is maintained in the case file in the Clerk's Office.

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Rosamaria Tassone, Esquire
Rosamaria Tassone, Esquire (I.D. #3546)
Assistant City Solicitor
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801
Attorney for Defendants, City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba and Officer Joseph Leary

DATED:   March 24, 2006