IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOWLINGTON O. BURBAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-133-SLR |
| | ) |
| CITY OF WILMINGTON, MAYOR | ) |
| JAMES BAKER, POLICE DEPARTMENT | ) |
| OF WILMINGTON, DELAWARE, | ) |
| CHIEF MICHAEL SZCZERBA, | ) |
| UNKNOWN SERGEANT, | ) |
| OFFICER LEARY, OFFICER MYERS, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esquire, hereby certify that on this 24th day of March, 2006, I filed the Defendants, City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba, Officer Joseph Leary and Officer James Myers' Notice of Filing with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following.

        Knowlington O. Burbage
        #21524-051
        FCI Elkton
        P.O. Box 10
        Lisbon, OH 44432

                /s/ Rosamaria Tassone
                Rosamaria Tassone, Esquire (I.D. #3546)
                Assistant City Solicitor
                City of Wilmington Law Department
                800 N. French Street, 9th Floor
                Wilmington, DE 19801
                Attorney for Defendants, City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba and Officer Joseph Leary