## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOWLINGTON O. BURBAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-133-SLR |
| | ) |
| CITY OF WILMINGTON, MAYOR | ) |
| JAMES BAKER, POLICE DEPARTMENT | ) |
| OF WILMINGTON, DELAWARE, | ) |
| CHIEF MICHAEL SZCZERBA, | ) |
| UNKNOWN SERGEANT, | ) |
| OFFICER LEARY, OFFICER MYERS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having reviewed Defendants City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba and Officer Joseph Leary's Motion for Summary Judgment; and Defendant James Myers' Motion to Dismiss Pursuant to Fed. R. Civ. P. 4(m); and there being no genuine issues of material fact;

IT IS HEREBY ORDERED this ____ day of _____, 2006 that Defendants' Motion for Summary Judgment and Motion to Dismiss are GRANTED and Plaintiff's Complaint is Dismissed with prejudice.

_____
J.