# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOWLINGTON O. BURBAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-133-SLR |
| ) | |
| CITY OF WILMINGTON, MAYOR ) | |
| JAMES BAKER, POLICE DEPARTMENT ) | |
| OF WILMINGTON, DELAWARE, ) | |
| CHIEF MICHAEL SZCZERBA, ) | |
| UNKNOWN SERGEANT, ) | |
| OFFICER LEARY, OFFICER MYERS, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Rosamaria Tassone, Esq., hereby certify that on this 24th day of March, 2006, I electronically filed the Defendants City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba and Officer Joseph Leary's Opening Brief in Support of Their Motion for Summary Judgment and Defendant James Myers' Motion to Dismiss Pursuant to Fed. R. Civ. P. 4(m) with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below.

    Knowlington O. Burbage (U.S. Mail)
    Reg. #21524-051
    F.C.I. Elkton
    P.O. Box 10
    Lisbon, OH 44415

    /s/ Rosamaria Tassone, ( I.D. #3546)
    Assistant City Solicitor
    Louis L. Redding City/County Building
    800 French Street, 9th Floor
    Wilmington, Delaware 19801
    Defendants, City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba and Officer Joseph Leary