IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOWLINGTON O. BURBAGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF WILMINGTON, MAYOR )<br>JAMES BAKER, POLICE DEPARTMENT )<br>OF WILMINGTON, DELAWARE, )<br>CHIEF MICHAEL SZCZERBA, )<br>UNKNOWN SERGEANT, )<br>OFFICER LEARY, OFFICER MYERS, )<br>)<br>Defendants. ) | C.A. No. 04-133-SLR |

**CERTIFICATE OF SERVICE**

I, Rosamaria Tassone, Esq., hereby certify that on this 24th day of March, 2006, I electronically filed the Appendix to Defendants City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba and Officer Joseph Leary's Opening Brief in Support of Their Motion for Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. A hard copy of the documents were mailed to the individual noted below by United States Postal Service to the following:

Knowlington O. Burbage
Reg. #21524-051
F.C.I. Elkton
P.O. Box 10
Lisbon, OH 44415

/s/ Rosamaria Tassone
Assistant City Solicitor ( I.D. #3546)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801