IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOWLINGTON O. BURBAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-133-SLR |
| | ) |
| CITY OF WILMINGTON, MAYOR | ) |
| JAMES BAKER, POLICE | ) |
| DEPARTMENT OF WILMINGTON, | ) |
| DELAWARE, CHIEF MICHAEL | ) |
| SZCZERBA, UNKNOWN SERGEANT, | ) |
| OFFICER JOSEPH LEARY, and | ) |
| OFFICER JAMES MYERS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 8th day of November, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. The motion to dismiss filed on behalf of Officer James Myers is granted. (D.I. 47)

2. The motion for summary judgment filed by defendants City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba, and Officer Joseph Leary is granted. (D.I. 47) The clerk of court shall enter judgment in favor of these defendants and against plaintiff.

_____
United States District Judge