IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KNOWLINGTON O. BURBAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-133-SLR |
| ) | |
| CITY OF WILMINGTON, MAYOR ) | |
| JAMES BAKER, POLICE ) | |
| DEPARTMENT OF WILMINGTON, ) | |
| DELAWARE, CHIEF MICHEAL ) | |
| SZCZERBA, UNKNOWN SERGEANT, ) | |
| OFFICER JOSEPH LEARY, and ) | |
| OFFICER JAMES MYERS, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of November 8, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants City of Wilmington, Mayor James Baker, Police Department of Wilmington, Chief Michael Szczerba, and Officer Joseph Leary and against plaintiff Knowlington O. Burbage.

_____
United States District Judge

Dated: November 13, 2006

_____
(By) Deputy Clerk